Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTBUY HOME IMPROVEMENT, INC. d/b/a Z GALLERIE a Delaware corporation; Z GALLERIE, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06189-GW-RAO<br><br>**NOTICE OF DISMISSAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: September 22, 2021                              Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Jasmine Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: September 22, 2021                    /s/ Thiago M. Coelho
                                             Thiago M. Coelho